IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
2006 MAR -7  P 4:27
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| v. | ) CR. NO. |
| MARY L WATTS | ) (18 U.S.C. 641) |
| | ) 2:06 cr 80-VPM |
| | ) **INFORMATION** |

The United States Attorney charges:

### COUNT

On or about the 3rd day of January 2006, at the Army Air Force Exchange Service (AAFES), at Maxwell Air Force Base, in the Middle District of Alabama, **MARY L WATTS** did steal merchandise of a value of less than one thousand dollars ($1,000.00), the property of the United States, in violation of Title 18, Section 641, United States Code.

LEURA CANARY
United States Attorney

_Kent Brunson_
KENT BRUNSON
Assistant United States Attorney

_NF_
NEAL B. FRAZIER
Special Assistant United States Attorney
42 ABW/JA
50 LeMay Plaza South
Maxwell AFB, AL 36112-6334
Telephone: 334-953-2786/2789
Fax: 334-953-2787

| | | |
|---|---|---|
| STATE OF AMERICA | ) | |
| | ) | **AFFIDAVIT** |
| COUNTY OF MONTGOMERY | ) | |

The undersigned, being first duly sworn, deposes and says:

    I, ROBERT SMITH, am employed by the Army Air Force Exchange (AAFES) at Maxwell Air Force Base as a store detective. On or about 3 January 2006, via closed circuit video monitors, I observed MARY L WATTS pick up two pairs of socks and place them in her purse. WATTS went through checkout without paying for the socks. WATTS then left the store. I detained her in the lobby and escorted her to the manager's office. Security forces responded. The price of the socks was $8.00.

_Robert S. Smith_
ROBERT SMITH

Subscribed and sworn to before me this __8__ day of __February__, 2006.

_[signature]_
Notary Public
State of Alabama

NOTARY PUBLIC STATE OF ALABAMA AT LARGE
MY COMMISSION EXPIRES: July 20, 2009
BONDED THRU NOTARY PUBLIC UNDERWRITERS