**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

UNITED STATES OR AMERICA

        v.

MARY L. WATTS

)
)
)
)
)
)

CR. NO. 2:06-CR-80

## MOTION FOR LEAVE TO DISMISS INFORMATION

Comes now the United States of America by and through its Attorney for the Middle District of

Alabama and moves the Court for leave to dismiss the Information with prejudice heretofore filed in the

above styled cause on the grounds, to wit:  In the best interest of justice.

Respectfully submitted this the _22_ day of August, 2006.

Respectfully submitted,

LEURA GARRETT CANARY
UNITED STATES ATTORNEY

NEAL B. FRAZIER
Special Assistant United States Attorney
42 ABW/JA
50 LeMay Plaza South
Maxwell AFB, AL  36112-6334
Telephone:  334-953-2786/2789
Fax:  334-953-2787